IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS PENSION FUND, TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS WELFARE FUND, TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS DEFERRED SAVINGS FUND, TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS APPRENTICESHIP FUND, et al, | ) ) ) ) ) ) ) ) ) ) | No. 21-cv-2201<br><br>Judge Guzman |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| MON DAN, INC., an Illinois Corporation and HUGH MONCKTON, Individually, | ) ) ) ) | |
| Defendants. | ) | |

**NOTICE OF DISMISSAL**

Plaintiffs, by and through their attorneys, DONALD D. SCHWARTZ, JAMES R. ANDERSON, BRIAN C. JAMES and GRANT R. PIECHOCINSKI and ARNOLD AND KADJAN, LLP, pursuant to Fed. R. Civ. P 41(a)(1)(A)(i) dismiss this action without prejudice and state that the Defendants have neither served an Answer nor a Motion for Summary Judgment.

Respectfully submitted,

s/s/ James R. Anderson
One of Plaintiffs' attorneys

DONALD D. SCHWARTZ
JAMES R. ANDERSON
BRIAN C. JAMES
GRANT R. PIECHOCINSKI
ARNOLD AND KADJAN, LLP
35 East Wacker Drive, Suite 600
Chicago, Illinois 60601
(312) 236-0415

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS PENSION FUND, TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS WELFARE FUND, TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS DEFERRED SAVINGS FUND, TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS APPRENTICESHIP FUND, et al, <br><br> Plaintiffs, <br><br> v. <br><br> MON DAN, INC., an Illinois Corporation and HUGH MONCKTON, Individually, <br><br> Defendants. | No. 21-cv-2201 <br><br> Judge Guzman |

**CERTIFICATE OF SERVICE**

TO:   Mon Dan, Inc.                                Mr. Hugh Monckton, Individually
         c/o Hugh Monckton, its               1807 Elmdale
           President and Registered Agent    Glenview, IL 60026
         1807 Elmdale
         Glenview, IL 60026

      That the undersigned, an attorney of record, hereby certifies that the Notice of Dismissal was sent via First Class Mail, proper postage prepaid to the parties listed at the above indicated address.

                                                        TRUSTEES OF THE CHICAGO PAINTERS AND
                                                        DECORATORS PENSION FUND ET AL.

                                                        /s/    James R. Anderson

Donald D. Schwartz
James R. Anderson
Brian C. James
Grant R. Piechocinski
ARNOLD AND KADJAN, LLP
35 E. Wacker Dr., Suite 600
Chicago, Illinois 60601
Tel: (312) 236-0415